**SEALED BY COURT ORDER**

FILED
MAR 12 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL<br><br>Plaintiff,<br><br>vs.<br><br>ZHENHUA TRANSLINK SHIPPING CO., LTD.<br><br>Defendant. | Case No. CV 12 1209<br>IN ADMIRALTY<br><br>[~~PROPOSED~~] ORDER TEMPORARILY SEALING COURT FILE |

SI

- 1 -

KYL SF551299

1     An application having been made by counsel for plaintiff for an Order
2 Temporarily Sealing the Court File:
3     NOW, on reading and filing the Declaration of [insert name], executed on
4 March 9, 2012, and for good cause having been shown, it is hereby:
5     ORDERED, that all documents, including but not limited to the Verified
6 Complaint and all other pleadings, orders and/or writs, filed and/or issued in this case be
7 filed under seal, and that the court file be maintained under seal, until further notice of
8 this Court or notification to the Clerk that the Defendant's property has been attached.
9     The Clerk of this Court may have access to the sealed file to implement or
10 ensure compliance with orders issued in this case.

11
12 Dated: March 12, 2012                       UNITED STATES DISTRICT COURT JUDGE

13 Presented by:
14
15
16 JOHN D. GIFFIN
   JENNIFER M. PORTER
17 KEESAL, YOUNG & LOGAN
   Attorneys for Plaintiff
18 STX PAN OCEAN CO., LTD., SEOUL

- 2 -

[PROPOSED] ORDER TEMPORARILY SEALING COURT FILE           KYL SF551299