ORIGINAL

RECEIVED
MAR 12 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 12 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL<br><br>Plaintiff,<br><br>vs.<br><br>ZHENHUA TRANSLINK SHIPPING CO., LTD.<br><br>Defendant. | Case No.<br><br>CV 12  1209  SI<br>IN ADMIRALTY<br><br>[PROPOSED] ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO RULES 4 AND B |

An application having been made by counsel for the Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) and Supplemental Rule B(1)(d)(ii) of the Federal Rules of Civil Procedure,

NOW, on reviewing the affidavit of John D. Giffin sworn to on March 9, 2012, and it appearing that such appointment will result in substantial economies in time and expense, it is hereby:

ORDERED that Nicholas L. Vratari, a registered process server and/or any other partners, associates, or agents of Plaintiff's counsel, Keesal, Young & Logan, who are at least 18 years of age and not a party to this action be and are hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and

1 | Garnishment, as well as any Supplemental Process, and the Verified Complaint,
2 | together with any interrogatories, upon the garnishees identified in the garnishment
3 | order issued by the Court and such additional garnishees as so permitted therein.

Dated: March 12, 2012

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

_____
JOHN D. GIFFIN
JENNIFER M. PORTER
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL

- 2 -
KYL_SF551307
[PROPOSED] ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO RULES 4 AND B