| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB No. 89608 |
| 2 | john.giffin@kyl.com<br>JENNIFER M. PORTER, CASB No. 261508 |
| 3 | jennifer.porter@kyl.com<br>KEESAL, YOUNG & LOGAN |
| 4 | A Professional Corporation<br>400 Oceangate, P.O. Box 1730 |
| 5 | Long Beach, California 90801-1730<br>Telephone: (562) 436-2000 |
| 6 | Facsimile: (562) 436-7416 |
| 7 | Attorneys for Plaintiff<br>STX PAN OCEAN CO., LTD., SEOUL |

FILED
JUN 1 4 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 1 2 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sealed Case

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL,<br><br>            Plaintiff,<br><br>      vs.<br><br><br><br><br>ZHENHUA TRANSLINK SHIPPING CO., LTD.,<br><br>            Defendant. | Case No. C 12-01209 SI<br><br>IN ADMIRALTY<br><br>PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER<br><br>Date: June 22, 2012<br>Time: 2:30 p.m.<br>Dept: Ctrm. 10, 19th Floor |

**TO CLERK OF COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff STX PAN OCEAN CO., LTD., SEOUL ("STX") hereby respectfully requests a continuance of the Court's Initial Case Management Conference, currently scheduled for June 22, 2012, at 2:30 p.m. in Courtroom 10 on the 19th Floor of San Francisco's Federal Building.

A recent scheduling conflict has developed and Plaintiff's counsel is now unable to attend the Case Management Conference as scheduled on June 22, 2012. Defendant ZHENHUA TRANSLINK SHIPPING CO., LTD. ("Defendant") is not subject

- 1 -     KYL SF560232

1  to the Court's jurisdiction and not a party to this Rule B Attachment proceeding and
2  Third Party Garnishee METAWISE GROUP, INC. does not object to a brief continuance
3  of the Initial Case Management Conference of the above-captioned matter.

4        Plaintiff, therefore, respectfully requests a brief continuance of the Case
5  Management Conference of not more than thirty (30) days and requests that the Court
6  reschedule the Case Management Conference for a date that is convenient for the Court
7  after June 22, 2012. Third Party Garnishee METAWISE GROUP, INC. has consented to
8  the requested continuance of the hearing.

DATED: June 12, 2012

/s/
JOHN D. GIFFIN
JENNIFER M. PORTER
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL

## ORDER

Good cause appearing, Plaintiff's Request is granted. It is ORDERED that the Initial Case Management Conference be continued to _Aug 10_, 2012, at _7:30pm_.

Dated: 6/13/12

THE HONORABLE SUSAN ILLSTON

- 2 -                                                                 KYL SF560232

PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE; [PROPOSED] ORDER; CASE NO. C 12-01209 SI

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California, 94133.

On the date written below, I served the following documents:

PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

JAMES J. TAMULSKI
Emard Danoff Port Tamulski & Paetzold LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel:  (415) 227-9455
Fax:  (415) 227-4255

Attorneys for Defendant
ZHENHUA TRANSLINK SHIPPING CO., LTD.

☒ BY U.S. MAIL: I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Serve in a sealed envelope with postage fully prepaid the same day as the collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practice.

Executed on June 12, 2012 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

/S/  _____
DENISE BRASHER

- 3 -     KYL SF560232

PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; CASE NO. C 12-01209 SI