```
 1  JOHN D. GIFFIN, CASB No. 89608
    john.giffin@kyl.com
 2  JENNIFER M. PORTER, CASB No. 261508
    jennifer.porter@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  450 Pacific Avenue
    San Francisco, California 94133
 5  Telephone:  (415) 398-6000
    Facsimile:  (415) 981-0136
 6
 7  Attorneys for Plaintiff
    STX PAN OCEAN CO., LTD., SEOUL
 8
```

RECEIVED
JUL 3 1 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG X 2 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL,<br><br>                    Plaintiff,<br><br>         vs.<br><br>ZHENHUA TRANSLINK SHIPPING CO., LTD.,<br><br>                    Defendant. | Case No. C 12-01209 SI<br><br>IN ADMIRALTY<br><br>CASE UNDER SEAL<br><br>**PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST TO UNSEAL CASE; [PROPOSED] ORDER** |

**TO CLERK OF COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT Third-Party Garnishee METAWISE GROUP, INC.'s has been served with the Court's Process of Maritime Attachment and Garnishment (Exhibit "A") and has been required to attach any and all property owned by Defendant ZHENHUA TRANSLINK SHIPPING CO., LTD. up to the amount of $15,120,000.00. Plaintiff STX PAN OCEAN CO., LTD., SEOUL has effected process of maritime attachment, and pursuant to the Court's Order Temporarily Sealing Court File dated March 12, 2012 (Exhibit "B"), the case may be unsealed upon notice of attachment

- 1 -                                                                                          KYL SF561160
PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST TO UNSEAL CASE; [PROPOSED] ORDER; CASE NO. C 12-01209 SI

to Clerk.

WHEREAS, proper notice of attachment has been provided to the Clerk, Plaintiff STX PAN OCEAN CO., LTD., SEOUL hereby respectfully requests that this case be unsealed.

DATED: July 31, 2012

JOHN D. GIFFIN
JENNIFER M. PORTER
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL

## ORDER

Having met the conditions of the Court's Order Temporarily Sealing Court File, dated March 12, 2012, this case may be unsealed.

IT IS SO ORDERED.

Dated: 8/3/12

THE HONORABLE SUSAN ILLSTON

- 2 -

KYL SF561160

PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; CASE NO. C 12-01209 SI

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California, 94133.

On the date written below, I served the following documents:

**PLAINTIFF STX PAN OCEAN CO., LTD., SEOUL'S REQUEST TO UNSEAL CASE; [PROPOSED] ORDER**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

JAMES J. TAMULSKI
Emard Danoff Port Tamulski & Paetzold LLP
49 Stevenson Street, Suite 400
San Francisco, CA 94105
Tel: (415) 227-9455
Fax: (415) 227-4255

Attorneys for Third-Party Garnishee
Metawise Group, Inc.

☒ BY U.S. MAIL: I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Serve in a sealed envelope with postage fully prepaid the same day as the collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practice.

Executed on July 31, 2012 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

_____
DENISE BRASHER

- 1 -

PROOF OF SERVICE; CASE NO. C 12-01209 SI

KYL SF566135