1  JOHN D. GIFFIN, CASB No. 89608
2  john.giffin@kyl.com
   JENNIFER M. PORTER, CASB No. 261508
3  jennifer.porter@kyl.com
   KEESAL, YOUNG & LOGAN
4  A Professional Corporation
   450 Pacific Avenue
5  San Francisco, California 94133
   Telephone:  (415) 398-6000
6  Facsimile:  (415) 981-0136

7  Attorneys for Plaintiff
   STX PAN OCEAN CO., LTD., SEOUL

RECEIVED

JUL 3 1 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

AUG X 2 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORN

8

9                  UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  STX PAN OCEAN CO., LTD., SEOUL, ) | Case No. C 12-01209 SI |
| 13                       Plaintiff, ) | IN ADMIRALTY |
| 14          vs. ) | CASE UNDER SEAL |
| 15 ) | **PLAINTIFF STX PAN OCEAN CO.** |
| 16 ) | **LTD., SEOUL'S REQUEST TO** |
|    ZHENHUA TRANSLINK SHIPPING CO., ) | **UNSEAL CASE; [PROPOSED] ORDER** |
| 17  LTD., ) | |
| 18                       Defendant. ) | |
| 19 ) | |

20  **TO CLERK OF COURT AND TO ALL PARTIES AND THEIR COUNSEL OF**

21  **RECORD:**

22          PLEASE TAKE NOTICE THAT Third-Party Garnishee METAWISE

23  GROUP, INC.'s has been served with the Court's Process of Maritime Attachment and

24  Garnishment (Exhibit "A") and has been required to attach any and all property owned

25  by Defendant ZHENHUA TRANSLINK SHIPPING CO., LTD. up to the amount of

26  $15,120,000.00.  Plaintiff STX PAN OCEAN CO., LTD., SEOUL has effected process of

27  maritime attachment, and pursuant to the Court's Order Temporarily Sealing Court File

28  dated March 12, 2012 (Exhibit "B"), the case may be unsealed upon notice of attachment

                                                          - 1 -                              KYL  SF561160

1 | to Clerk.

2 |     WHEREAS, proper notice of attachment has been provided to the Clerk,

3 | Plaintiff STX PAN OCEAN CO., LTD., SEOUL hereby respectfully requests that this

4 | case be unsealed.

5

6

7

8 | DATED:  July 31, 2012

9 |                                    JOHN D. GIFFIN

JENNIFER M. PORTER
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL

### ORDER

    Having met the conditions of the Court's Order Temporarily Sealing Court File, dated March 12, 2012, this case may be unsealed.

    IT IS SO ORDERED.

Dated: 8|3|12

THE HONORABLE SUSAN ILLSTON

KYL SF561160

PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; CASE NO. C 12-01209 SI

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

3

4

5

   I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California, 94133.

6

   On the date written below, I served the following documents:

7

   **PLAINTIFF STX PAN OCEAN CO., LTD., SEOUL'S REQUEST TO UNSEAL CASE; [PROPOSED] ORDER**

8

9

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

10

11

12

13

JAMES J. TAMULSKI
Emard Danoff Port Tamulski & Paetzold LLP
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Tel:  (415) 227-9455
Fax:  (415) 227-4255

14

15

Attorneys for Third-Party Garnishee
Metawise Group, Inc.

16

17

18

19

   ☒   BY U.S. MAIL: I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Serve in a sealed envelope with postage fully prepaid the same day as the collection in the ordinary course of business.  On this date, I served the above interested parties following my employer's ordinary business practice.

20

   Executed on July 31, 2012 at San Francisco, California.

21

   I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

22

23

24

25

_____
DENISE BRASHER

26

27

28

PROOF OF SERVICE; CASE NO. C 12-01209 SI