JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br><br><br>ZHENHUA TRANSLINK SHIPPING CO., LTD.,<br><br>　　　　　　　　Defendant. | Case No. C 12-01209 SI<br><br>IN ADMIRALTY<br><br>**PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** ~~[PROPOS~~ED] **ORDER**<br><br>Date: January 25, 2013<br>Time: 3:00 p.m.<br>Dept: Ctrm. 10, 19th Floor |

**TO CLERK OF COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

　　　　Plaintiff STX PAN OCEAN CO., LTD., SEOUL ("STX") hereby respectfully requests a continuance of the Court's Case Management Conference, currently scheduled for January 25, 2013, at 3:00 p.m. in Courtroom 10 on the 19th Floor of San Francisco's Federal Building.

　　　　A recent scheduling conflict has developed and Plaintiff's counsel is now unable to attend the Case Management Conference as scheduled on January 25, 2013. Defendant ZHENHUA TRANSLINK SHIPPING CO., LTD. ("Defendant") is not subject

1 to the Court's jurisdiction and not a party to this Rule B Attachment proceeding.

2       Plaintiff, therefore, respectfully requests a brief continuance of the Case
3 Management Conference and requests that the Court reschedule the Case Management
4 Conference for a date that is convenient for the Court after January 25, 2013.

5 DATED: January 11, 2013  /s/ Jennifer M. Porter
JOHN D. GIFFIN
JENNIFER M. PORTER
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL

## ORDER

Good cause appearing, Plaintiff's Request is granted.  It is ORDERED that the Initial Case Management Conference be continued to __February 14__, 2013, at __3 p.m.__ .

Dated:  1/16/13

_Susan Illston_
THE HONORABLE SUSAN ILLSTON

- 2 -  KYL_SF582769
PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER;
CASE NO. C 12-01209 SI

|   |   |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO |

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California, 94133.

On the date written below, I served the following documents:

**PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

JAMES J. TAMULSKI
Emard Danoff Port Tamulski & Paetzold LLP
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Tel:   (415) 227-9455
Fax:  (415) 227-4255

Attorneys for Defendant
ZHENHUA TRANSLINK SHIPPING CO., LTD.

☒     BY U.S. MAIL: I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Serve in a sealed envelope with postage fully prepaid the same day as the collection in the ordinary course of business.  On this date, I served the above interested parties following my employer's ordinary business practice.

Executed on January 11, 2013 at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

/S/
SONYA SCHWAB

- 1 -        KYL_SF582769

PROOF OF SERVICE RE PLAINTIFF STX PAN OCEAN CO. LTD., SEOUL'S REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; CASE NO. C 12-01209 SI