JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California, 94133
Telephone:  (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL,<br><br>                    Plaintiff,<br><br>vs.<br><br>ZHENHUA TRANSLINK SHIPPING CO., LTD.,<br><br>                    Defendant. | Case No. C 12-01209 SI<br><br>IN ADMIRALTY<br><br>**PLAINTIFF STX PAN OCEAN CO., LTD., SEOUL'S CASE STATUS REPORT**<br><br>Date: August 15, 2013<br>Dept: Ctrm. 10, 19th Floor |

Plaintiff STX PAN OCEAN CO., LTD., SEOUL ("STX" or "Plaintiff") submits its Third Case Management Conference Statement in compliance with the Court's request for a Case Status Report by August 15, 2013.

Plaintiff recently filed for bankruptcy and is presently undergoing bankruptcy re-organization in Korea. Plaintiff's counsel has applied to STX's Receiver in Korean Bankruptcy Court requesting approval to continue its representation of STX in this matter. Due to Plaintiff's bankruptcy filing, no further discovery efforts have occurred in this matter since the February 2013 Case Management Conference and the

1   status of the litigation remains the same.

2         Counsel respectfully requests a brief continuance of not less than ninety

3   (90) days for the case management conference to provide the Korean Bankruptcy Court

4   and Receiver with sufficient time to make a determination regarding this matter and

5   counsel's ongoing representation of Plaintiff's interests.

6

7

8         Respectfully submitted,

9   DATED:  August 14, 2013    /s/ John D. Giffin
10      JOHN D. GIFFIN
11      JENNIFER M. PORTER
12      KEESAL, YOUNG & LOGAN
13      Attorneys for Plaintiff
    STX PAN OCEAN CO., LTD., SEOUL

14

15

16   SO ORDERED. Further status report due on 11/15/13.



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA