1  JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
2  JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
3  KEESAL, YOUNG & LOGAN
A Professional Corporation
4  450 Pacific Avenue
San Francisco, California, 94133
5  Telephone:   (415) 398-6000
Facsimile:   (415) 981-0136
6

7  Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL
8

9

10                UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12  STX PAN OCEAN CO., LTD., SEOUL,          ) Case No. C 12-01209 SI
                                            )
13                          Plaintiff,      ) IN ADMIRALTY
                                            )
14       vs.                                ) **PLAINTIFF STX PAN OCEAN CO.,**
                                            ) **LTD., SEOUL'S CASE STATUS**
15                                          ) **REPORT**
                                            )
16                                          )
    ZHENHUA TRANSLINK SHIPPING CO.,         ) Date: August 15, 2013
17  LTD.,                                   ) Dept: Ctrm. 10, 19th Floor
                                            )
18                          Defendant.      )
                                            )
19  _____ )

20

21          Plaintiff STX PAN OCEAN CO., LTD., SEOUL ("STX" or "Plaintiff")

22  submits its Third Case Management Conference Statement in compliance with the

23  Court's request for a Case Status Report by August 15, 2013.

24          Plaintiff recently filed for bankruptcy and is presently undergoing

25  bankruptcy re-organization in Korea.  Plaintiff's counsel has applied to STX's Receiver in

26  Korean Bankruptcy Court requesting approval to continue its representation of STX in

27  this matter.  Due to Plaintiff's bankruptcy filing, no further discovery efforts have

28  occurred in this matter since the February 2013 Case Management Conference and the

1  status of the litigation remains the same.

2  Counsel respectfully requests a brief continuance of not less than ninety

3  (90) days for the case management conference to provide the Korean Bankruptcy Court

4  and Receiver with sufficient time to make a determination regarding this matter and

5  counsel's ongoing representation of Plaintiff's interests.

6

7

8  Respectfully submitted,

9

DATED:  August 14, 2013          /s/ John D. Giffin

10          JOHN D. GIFFIN
         JENNIFER M. PORTER

11          KEESAL, YOUNG & LOGAN

12          Attorneys for Plaintiff
         STX PAN OCEAN CO., LTD., SEOUL

13

14

15

16
   SO ORDERED. Further status report due on 11/15/13.

17

18

19

20

21

22

23

24

25

26

27

28



PLAINTIFF STX PAN OCEAN CO., LTD., SEOUL'S CASE STATUS REPORT--Case No. C12-01209 SI