JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California, 94133
Telephone:  (415) 398-6000
Facsimile:   (415) 981-0136

Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL

*IT IS SO ORDERED* — Judge Susan Illston

Counsel is directed to file a Further Status Statement on August 8, 2014.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL,<br><br>Plaintiff,<br><br>vs.<br><br>ZHENHUA TRANSLINK SHIPPING CO., LTD.,<br><br>Defendant. | Case No. C 12-01209 SI<br><br>IN ADMIRALTY<br><br>**PLAINTIFF STX PAN OCEAN CO., LTD., SEOUL'S CASE STATUS REPORT**<br><br>Date: May 15, 2014<br>Dept: Ctrm. 10, 19th Floor |

In compliance with the Court's November 20, 2013 Order, Plaintiff STX PAN OCEAN CO., LTD., SEOUL ("STX" or "Plaintiff") submits its Case Management Conference Statement as follows:

Plaintiff is still the debtor in continuing bankruptcy proceedings in Korea. Because of the pending Korean Bankruptcy proceedings, the London arbitration brought by Plaintiff against Defendant ZHENHUA TRANSLINK SHIPPING CO., LTD. has been stayed.

1    A Rehabilitation Plan has been approved by the Korean Bankruptcy Court
2  and the creditors.  However, the Court and the creditors have not yet approved
3  Plaintiff's plan to move forward with this lawsuit and the London arbitration.   As a
4  result, no further discovery efforts have been made in this matter since the February
5  2013 Case Management Conference and the status of the litigation remains the same.
6    Counsel respectfully requests a further continuance of not less than ninety
7  (90) days for the case management conference to await the decision of the Korean
8  Bankruptcy Court and Receiver and if appropriate, allow counsel to obtain further
9  instructions from Plaintiff regarding this matter.

                                          Respectfully submitted,

DATED:  May 14, 2014           /s/ John D. Giffin
                               JOHN D. GIFFIN
                               JENNIFER M. PORTER
                               KEESAL, YOUNG & LOGAN
                               Attorneys for Plaintiff
                               STX PAN OCEAN CO., LTD., SEOUL

| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB No. 89608 |
| 2 | john.giffin@kyl.com<br>JENNIFER M. PORTER, CASB No. 261508 |
| 3 | jennifer.porter@kyl.com<br>KEESAL, YOUNG & LOGAN |
| 4 | A Professional Corporation<br>400 Oceangate, P.O. Box 1730 |
| 5 | Long Beach, California  90801-1730<br>Telephone:  (562) 436-2000 |
| 6 | Facsimile:   (562) 436-7416 |
| 7 | Attorneys for Plaintiff<br>STX PAN OCEAN CO., LTD., SEOUL |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| STX PAN OCEAN CO., LTD., SEOUL | ) | Case No. C 12-01209 SI |
|---|---|---|
| Plaintiff, | ) ) ) | IN ADMIRALTY |
| vs. | ) ) | **CERTIFICATE OF SERVICE** |
| ZHENHUA TRANSLINK SHIPPING CO., LTD. | ) ) ) ) ) | |
| Defendant. | ) ) | |

- 1 -

CERTIFICATE OF SERVICE - CASE NO. C 12-01209 SI

KYL_SF586684

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California, 94133.

On the date written below, I served the following document:

**PLAINTIFF STX PAN OCEAN CO., LTD., SEOUL'S CASE STATUS REPORT**

on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

JAMES J. TAMULSKI
Emard Danoff Port Tamulski & Walovich LLP
49 Stevenson Street, Suite 400
San Francisco, CA  94105
Tel:   (415) 227-9455
Fax:   (415) 227-4255
Email:  jtamulski@edptlaw.com
Attorneys for Third-Party Garnishee
Metawise Group, Inc.

☒   BY U.S. MAIL: I am readily familiar with my employer's practice for collection and processing of documents for mailing with the United States Postal Service and that practice is that the documents are deposited with the United States Postal Serve in a sealed envelope with postage fully prepaid the same day as the collection in the ordinary course of business. On this date, I served the above interested parties following my employer's ordinary business practice.

☒   E-MAIL OR ELECTRONIC TRANSMISSION:  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the above-named persons at the e-mail addresses exhibited therewith. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

Executed on May 14, 2014 at San Francisco, California.

/S/ DENISE BRASHER
DENISE BRASHER