UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL,<br><br>      Plaintiff,<br>   v.<br><br>SHENHUA TRANSLINK SHIPPING CO., LTD.,<br><br>      Defendant.<br>                                        / | No. C 12-1209 SI<br><br>**ORDER SETTING STATUS CONFERENCE** |

      This action has been pending since March, 2012, without significant substantive progress. No appearance has been made by or on behalf of defendant, and prior Case Management Conferences have been postponed or cancelled at plaintiff's request.

      Accordingly, the parties are to appear at a **Case Management Conference on Friday, September 26, 2014 at 3:00 p.m.** One week prior to that date, plaintiff shall file a Case Management Conference Statement which discusses, among other things, why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 10, 2014

                                              SUSAN ILLSTON
                                              United States District Judge