UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL,<br><br>            Plaintiff,<br>      v.<br><br>SHENHUA TRANSLINK SHIPPING CO., LTD.,<br><br>            Defendant.<br>_____ / | No. C 12-1209 SI<br><br>**ORDER TO PROVIDE FURTHER INFORMATION TO COURT** |

This action has been pending since March, 2012, without significant substantive progress. No appearance has been made by or on behalf of defendant, and prior Case Management Conferences have been postponed or cancelled at plaintiff's request. In particular, counsel for plaintiff has recently requested that he be allowed "approximately 50 days . . . to allow counsel to obtain the requisite authority and instructions to proceed from Plaintiff and its bankruptcy administrator in Korea."

However, no information of any sort has been provided to the Court, warranting such delay. Although counsel asserts that even a dismissal without prejudice "could result in the attachment effectively being vacated and the security lost," no information has been provided about the status, the security, the amount of the debt involved or why a dismissal without prejudice would not suffice.

Accordingly, **plaintiff is ORDERED to file, on or before October 15, 2014, a declaration, from a person with personal knowledge of the matters attested, detailing what the debt is based on; its amount; the nature of the "attachment of a substantial debt that plaintiff believes has been**

**effected," including how, when and where such attachment occurred; the nature of the "security" which is put at risk by a dismissal without prejudice; and a clear time-line when this matter may either be actively litigated or dismissed**.

     **IT IS SO ORDERED.**

Dated: September 30, 2014

_____
SUSAN ILLSTON
United States District Judge