UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL,<br><br>Plaintiff,<br><br>v.<br><br>ZHENHUA TRANSLINK SHIPPING CO., LTD.,<br><br>Defendant. | Case No. 12-cv-01209-SI<br><br>**FURTHER ORDER RE STATUS** |

In response to this Court's Order to Provide Further Information to Court, dated September 30, 2014, plaintiff STX Pan Ocean submitted a declaration stating that STX expected that "by this Friday, October 17, a long-awaited authorization by the Korean Bankruptcy Court for STX to continue to prosecute the instant action" would be received.

Counsel are directed to file with the Court a document stating whether such authorization was received; if so, what counsel's plan is, including when/whether defendants have been served with process; and when it is requested that the next status conference be scheduled. Such further statement shall be filed no later than October 31, 2014.

IT IS SO ORDERED.

Dated: October 21, 20

_____
SUSAN ILLSTON
United States District Court