JOHN D. GIFFIN, CASB No. 89608
john.giffin@kyl.com
JENNIFER M. PORTER, CASB No. 261508
jennifer.porter@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
450 Pacific Avenue
San Francisco, California  94133
Telephone:      (415) 398-6000
Facsimile:       (415) 981-0136

Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL

**GRANTED**
Judge Susan Illston

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STX PAN OCEAN CO., LTD., SEOUL,<br><br>                 Plaintiff,<br><br>     vs.<br><br>ZHENHUA TRANSLINK SHIPPING CO., LTD.<br><br>                 Defendant. | Case No. C 12-01209 SI<br><br>IN ADMIRALTY<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, STX PAN OCEAN CO. LTD., SEOUL, by its undersigned counsel, hereby gives notice that the captioned action is voluntarily dismissed, without prejudice, against the defendant ZHENHUA TRANSLINK SHIPPING CO., LTD

DATED:  January 8, 2015

/s/ Jennifer M. Porter _____
JOHN D. GIFFIN
JENNIFER M. PORTER
KEESAL, YOUNG & LOGAN
Attorneys for Plaintiff
STX PAN OCEAN CO., LTD., SEOUL